UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HALOUSEK,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY SHERIFF'S OFFICE AND THE STATE OF CALIFORNIA,<br><br>   Defendants. | No.  2:21-cv-02351-TLN-DB<br><br>**ORDER** |

Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 5, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  Plaintiff has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 5, 2023 (ECF No. 8) are ADOPTED IN FULL; and

    2. This action is DISMISSED without prejudice.

    3. This action is referred back to the magistrate judge for resolution of Plaintiff's pending motion for change of venue (ECF No. 10.)

Date: June 26, 2023

_____
Troy L. Nunley
United States District Judge